1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EUGENE POLLAR on behalf of herself, all others similarly situated, and on behalf of the general public,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CORT BUSINESS SERVICES CORPORATION; and does 1-100,<br><br>　　　　Defendant,<br><br>v.<br><br>ACCUIRE, LLC, a Florida Limited Liability Company,<br><br>　　　　Third Party Defendant. | Case No.: 3:17-cv-05496-VC<br><br>[*assigned to the Hon. Vince Chhabria*]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Complaint Filed: May 9, 2017<br>Removed: September 21, 2017<br>Trial Date: None Set |

**[PROPOSED] ORDER APPROVING REQUEST FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(2)**

**[PROPOSED] ORDER**

The Court having reviewed the forgoing Request and with good cause appearing therefore, IT IS HEREBY ORDERED:

As a result of the settlement between Plaintiff EUGENE POLLAR and Defendant CORT BUSINESS SERVICES CORPORATION, Plaintiff's Request for Voluntary Dismissal of his claims against Defendant with prejudice pursuant to F.R.C.P. 41(a)(2) is hereby granted. Plaintiff's claims against Defendant are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: December 17, 2018          By: _____
                                      HON. VINCE CHHABRIA
                                      UNITED STATED DISTRICT JUDGE